IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IKE OKPALA                                                              PLAINTIFF

v.                           No. 4:24-cv-380-DPM

HOME DEPOT USA, INC.                                          DEFENDANT

## JUDGMENT

Okpala's complaint is dismissed with prejudice. The Court retains jurisdiction until 1 October 2024 to enforce the parties' settlement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 August 2024